# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| DARIUS TAUREAN CALDWELL, | : | MOTION TO VACATE |
| Fed. Reg. No. 70287019, | : | 28 U.S.C. §2255 |
|   Movant, | : | |
| | : | CRIMINAL NO. |
| v. | : | 1:16-CR-355-MHC-JSA-1 |
| | : | |
| UNITED STATES, | : | CIVIL ACTION NO. |
|   Respondent. | : | 1:21-CV-754-MHC-JSA |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

On February 19, 2021, Movant filed a *pro se* motion to vacate his sentence under 28 U.S.C. §2255. (Doc. 191). Movant has now filed a motion to withdraw the motion. (Doc. 195).

**IT IS RECOMMENDED** that Movant's motion to withdraw the §2255 motion [Doc. 195] be **GRANTED** and that this action be dismissed.

**IT IS SO RECOMMENDED** this 21st day of May, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE