# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DARIUS TAUREAN CALDWELL, Fed. Reg. No. 70287019, | MOTION TO VACATE 28 U.S.C. § 2255 |
| Movant, | CRIMINAL ACTION FILE NO. 1:16-CR-355-MHC-JSA |
| v. | |
| UNITED STATES, | CIVIL ACTION FILE NO. 1:21-CV-754-MHC-JSA |
| Respondent. | |

## ORDER

On February 19, 2021, Movant filed a pro se motion to vacate his sentence under 28 U.S.C. § 2255 ("Section 2255 Motion") [Doc. 191]. On May 10, 2021, Movant filed a motion to withdraw his Section 2255 Motion [Doc. 195]. This case comes before the Court on the Magistrate Judge's Report and Recommendation [Doc. 196] recommending that Movant's motion to withdraw his Section 2255 Motion be granted. The Order for Service of the R&R [Doc. 197] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file

objections within fourteen (14) days of the receipt of that Order. No objections have been filed to the R&R.[1]

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 196] as the opinion and order of the Court. It is hereby **ORDERED** that Movant's motion to withdraw his Section 2255 Motion [Doc. 195] is **GRANTED** and his Section 2255 Motion [Doc. 191] is **DISMISSED**.

**IT IS SO ORDERED** this 6th day of July, 2021.

MARK H. COHEN
United States District Judge

---

[1] Subsequent to the issuance of the R&R, Movant filed two motions for appointment of counsel [Doc. 198, 199] in which he appears to raise a new claim under United States v. Davis, 139 S. Ct. 2319 (2019). This Court will consider these motions in a separate order.